No. 1915. EX PARTE FIGUERAS, APPELLANT, *v.* PEOPLE.— District Court of Mayagüez. Habeas Corpus. Decided May 23. 1922. The appellant filed no brief and it appeared from the record that the judgment of the court below denying the

petition was supported by evidence sufficient to charge the petitioner with murder in the first degree. *Affirmed.*